JOHN C. CASSIDY, as Trustee for CASSIDY & SON MANUFAC-
TURING COMPANY, et al., Respondents, *v.* CHARLES SAUER
et al., Defendants, and WALTER A. PARCE et al., Appellants.

APPEAL — AFFIRMANCE OF JUDGMENT OVERRULING DEMURRER —
LEAVE TO PLEAD OVER. Where an order of the Appellate Division
affirming an interlocutory judgment overruling a demurrer to the com-
plaint grants leave to plead over conditionally, the affirmance of the order
by the Court of Appeals carries with it an affirmance of such leave, and
express permission by that court to withdraw the demurrer and interpose
an answer is unnecessary.

(Submitted February 18, 1907; decided March 5, 1907.)

MOTION to amend remittitur. (See 187 N. Y. 540.)

*Lewis & McKay* for motion.

*Satterlee, Bissell, Taylor & French* opposed.

*Per Curiam.* The defendants Parce and Becker were
permitted by the Appellate Division in the fourth department
to appeal to the Court of Appeals from an order affirming an
interlocutory judgment which overruled their demurrers to
the complaint. Three questions were certified to the Court
of Appeals in the order of the Appellate Division allowing
the appeal. This court has affirmed the order of the Appel-
late Division, with costs, and answered the questions certified.
The appellants now move to amend the remittitur so as to per-
mit them to withdraw their demurrers and serve answers upon
payment of costs. This motion is unnecessary, in view of the
character and contents of the order of the Appellate Division
which has been affirmed here. That order in the same para-
graph which affirms the interlocutory judgment grants leave
to the demurring defendants to plead over upon payment of
the costs of the demurrer and costs of the appeal to the
Appellate Division. This court having affirmed the order of
the Appellate Division in all respects, the provision thereof
granting leave to plead over remains in force the same as the
rest of the order. The affirmance here being with costs the
effect of the proceedings on appeal in this action is (1) that
the appellants must pay the costs of the appeal in this court;

and (2) that upon payment of the costs of the demurrer and of the appeal to the Appellate Division within twenty days after the filing of the remittitur from this court they will be entitled to withdraw their demurrers and interpose answers if so advised.

Where an order of the Appellate Division affirming an interlocutory judgment overruling a demurrer to the complaint grants leave to plead over conditionally the affirmance of such an order in this court carries with it an affirmance of such leave to plead over ; and it is not necessary under such circumstances that any express leave to withdraw the demurrer and interpose an answer should be granted by the Court of Appeals.

For these reasons the motion should be denied, but without costs.

CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ., concur.

Motion denied.